# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>MARK VOGEL AND NINA VOGEL<br><br>    Debtors.<br>_____<br><br>BREMEN BANK AND TRUST COMPANY<br><br>    Movant,<br><br>v.<br><br>MARK VOGEL, NINA VOGEL AND JOHN V. LABARGE, JR., TRUSTEE,<br><br>    Respondents. | In Proceedings Under Chapter 13<br>Hon. Judge Barry S. Schermer<br><br>Case No. 10-51774-399<br><br><br>**Response Due: March 2, 2011**<br>**Hearing Date: March 9, 2011**<br>**Hearing Time: 11:00 AM**<br>**Location:**   Thomas F. Eagleton Bldg.<br>                111 South Tenth Street<br>                5th Floor - North Courtroom<br>                St. Louis, Missouri 63102 |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

**THIS MATTER** comes on for consideration upon the Motion of Bremen Bank and Trust Company ("Bremen Bank") its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Creditor"), for its Motion for Relief from Stay, and based upon the pleadings filed by default,

**IT IS THEREFORE BY THE COURT ORDERED** that Bremen Bank, its subsidiaries, affiliates, predecessors in interest, successors or assigns, is granted relief from the automatic stay imposed under 11 U.S.C. §362 to foreclose the lien of its Deed of Trust as to the real property legally described as

> **TRACT OF LAND IN SECTION 24, TOWNSHIP 45 NORTH, RANGE 3 EAST AND DESCRIBED AS FOLLOWS: BEGINNING AT A POINT, SAID POINT BEING THE SOUTHWE4ST CORNER OF LOT B OF "PETERS ACRES," A SUBDIVISION FILED FOR RECORD IN PLAT BOOK 139 PAGE 32 OF THE ST. LOUIS COUNTY RECORDS, THENCE**

**ALONG THE SOUTH LINE OF LOT B, NORTH 89 DEGREES 57 MINUTES, EAST 367.43 FEET TO A POINT, THENCE LEAVING THE SOUTH LINE OF SAID LOT B, SOUTH 0 DEGREES 58 MINUTES WEST 536.55 FEET TO A POINT IN THE NORTH LINE OF A TRACT OF LAND CONVEYED TO EDWARD O. BEYERS, III BY DEED RECORDED IN BOOK 6432 PAGE 547 OF THE ST. LOUIS COUNTY RECORDS, THENCE ALONG THE NORTH LINE OF SAID BEYERS TRACT AND ITS PROLONGATION SOUTHWESTERLY, SOUTH 89 DEGREES 57 MINUTES WEST 357.91 FEET TO A POINT, THENCE NORTH 0 DEGREES 03 MINUTES WEST 536.47 FEET TO THE POINT OF BEGINNING,**

commonly known as 1315 Shepard Hollow Road, Wildwood, Missouri 63038,

by any lawful means including by exercise of the power of sale by the Trustee named in the Deed of Trust or by the duly appointed Successor Trustee, if one be appointed by Movant; and after the sale, to pursue any other remedies the purchaser may have pursuant to the terms of the promissory note and deed of trust, including enforcing rights to possession of the premises under the terms of the promissory note and deed of trust and in accordance with applicable non-bankruptcy state law, and it is

**FURTHER ORDERED** that the fourteen-day stay pursuant to Rule 4001(a)(3), F.R.Bankr.P., is waived and Bremen Bank, may immediately enforce and implement this Order.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee is directed to discontinue payment on all claims secured by the property against which relief from the automatic stay is granted in this Order. The Trustee is directed to resume payment on such claims on notification pursuant to L.B.R. 3021-A.

DATED: March 3, 2011  
St. Louis, Missouri  
wma

_Barry S. Schermer_  
Barry S. Schermer  
Chief United States Bankruptcy Judge

COPIES TO:

David G. Asmus
Hinshaw & Culbertson LLP
701 Market Street, Suite 1300
St. Louis, MO 63101

Douglas M. Heagler
Law Office
6302 N. Rosebury, Ste. 1W
Clayton, Missouri 63105
Attorneys for Debtors

Mark Vogel and Nina Vogel
9743 Mansfield Drive
St. Louis, Missouri 63132
Debtors

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, Missouri 63143
Trustee

Office of U.S. Trustee
111 South Tenth Street
Suite 6353
St. Louis, MO 63102