**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO: 10-51774-399** |
| **MARK VOGEL** | ) | **Chapter 13** |
| **NINA VOGEL** | ) | |
| | ) | Re: Objection to Claim 9 filed by |
| | ) | KENNETH P CARP |
| | ) | |
| | ) | Hearing Date: 10/21/2011 |
| **Debtors** | ) | Hearing Time: 10:00 am |
| | ) | |

# ORDER

Trustee's objection to the above-referenced claim, having been set for hearing and upon notice, Trustee appearing, it is ORDERED that the objection is DENIED AS FILED, the claim may be amended.

*/s/ Barry S. Schermer*

**DATED: November 3, 2011**　　　　　　　**Barry S. Schermer**
**St. Louis, Missouri**　　　　　　　　　　**Chief United States Bankruptcy Judge**

ORDCLMPH--SI

Copy mailed to:

MARK VOGEL
9743 MANSFIELD DR
SAINT LOUIS, MO  63132

NINA VOGEL
9743 MANSFIELD DRI
SAINT LOUIS, MO  63132

HEAGLER LAW FIRM
6302 N ROSEBURY
STE 1W
CLAYTON, MO  63105

KENNETH P CARP
230 S BEMISTON
STE 410
ST LOUIS, MO  63105

John V. Labarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143